UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| MICHAEL RAY BREVIK, Individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLACK & VEATCH CORPORATION, and JOHN DOES I through XXX, actual names and number unknown,<br><br>　　　　　Defendant. | **Case No.:   3:10-cv-04872-EDL**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO CIRCULATE A NOTICE OF PENDENCY PURSUANT TO 29 U.S.C. § 216(b) AND CONDITIONALLY CERTIFYING CLASS**<br><br>**Hearing date: February 22, 2011**<br><br>**Hearing time: 9:00 a.m.** |

　　This matter having come before the Court on the motion of plaintiff, duly noticed by the plaintiff for January 25, 2011, and heard on February 22, 2011 by the Honorable Elizabeth D. Laporte of this Court, counsel for the parties being heard in support of and in opposition to such motion, and after due deliberation the Court hereby

　　ORDERS that plaintiff's motion is granted in part and denied in part and this case is conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b) for the purposes of notice only, and it is further

1

ORDERED and a Notice of Pendency with a Consent to Join Form shall be circulated in the form annexed hereto as Exhibit "A" and in the manner provided for herein, and it is further

ORDERED that defendant Black & Veatch Corporation ("defendant") shall within 30 days of this Order provide plaintiff's counsel with the names and last known addresses of all employees who (A) Were employed by the defendant in the United States since January 25, 2008 in its power plant "Commissioning" and/or "Start up" operations and (B) For whom its payroll records, a sample of such records being annexed as Exhibit "A" to plaintiff's Reply Memorandum of Points and Authorities, indicate work in excess of 40 hours per week being compensated at an hourly rate recorded as 'OT Exempt" such rate also being identical to the hourly rate recorded on the same such records as the "Base Pay" rate; and it is further

ORDERED that defendant shall within 30 days of this Order provide the same names and addresses specified in the foregoing paragraph, along with the last known email address and telephone number of each such person, to the extent it possesses such additional information, to an identified independent third party administrator ("administrator"); such administrator shall, at the sole expense of the defendant, send by first class mail the Notice of Pendency and Consent to Join form ("notice") in substantially the form annexed hereto as Exhibit "A" to each person so identified by the defendant within 20 days of the administrator's receipt of the foregoing name and address information with the administrator's return mailing address on the outside of the envelope used for such mailing; in the event any such mailed notice is returned as undeliverable the administrator within 5 days of such return will make one attempt using an address tracing service at a cost of no more than $20.00 per attempt to locate an updated address for such person and originally provided address and if successful in locating an updated address will remail the notice to that address; in no event shall the administrator remail a returned notice more than once and in the event the administrator is unable to find any updated address for a returned mailing, or a mailing is returned after being remailed to an updated address, the administrator shall advise plaintiff's counsel of the name and originally provided address of such person(s) who did not receive the

1  administrator's mailing along with their telephone number and email address within 10 days
2  of such return; and it is further
3      ORDERED that plaintiff's counsel is authorized to send by first class mail the notice to
4  such persons that the administrator identifies to plaintiff's counsel as having returned mailings
5  as provided for in the previous paragraph, such mailing by plaintiff's counsel to be at any
6  other address that they locate for such persons through appropriate investigation; and it is
7  further
8      ORDERED that the postal mailings performed by the administrator, as specified in this
9  Order, may, at plaintiff's counsel's expense, include a postage paid return envelope for the
10  return of a Consent Form to plaintiff's counsel's office; and it is further
11      ORDERED that persons to whom the notice is mailed shall have 90 days from the date
12  of the administrator's initial mailing of the same as provided for herein to file a Consent to
13  Join form with the Court pursuant to 29 U.S.C. § 216(b) and upon the expiration of that 90
14  day period the administrator shall furnish to the counsel for the parties a declaration stating
15  that it has fully complied with the requirements of this Order.

**IT IS SO ORDERED**

Dated:      March 21, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge